UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK D. WILLIAMS, | No. 2:20-cv-1214 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| MCDONALD'S CORPORATION, | |
| Defendant. | |

Plaintiff Kirk Williams is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 6, 2021, defendant noticed a motion to dismiss plaintiff's complaint. (ECF No. 12.) On April 26, 2021, the undersigned issued an order continuing the hearing of defendant's motion to dismiss to August 6, 2021, and granting plaintiff until June 4, 2021 to file an amended complaint. (ECF No. 14.) On May 27, 2021, plaintiff filed a motion seeking a 14-day extension of time. (ECF No. 21.) Good cause appearing, plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 27, 2021 motion for an extension of time (ECF No. 21) is granted; and

2. Plaintiff may file an amended complaint on, or before, June 18, 2021.

DATED: June 3, 2021                    /s/ DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE