1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KIRK D. WILLIAMS,                               No.  2:20-cv-1214 TLN DB PS

12                        Plaintiff,

13           v.                                       ORDER

14    MCDONALD'S CORPORATION,

15                        Defendant.

16

17           Plaintiff Kirk Williams is proceeding in this action pro se.  This matter was referred to the

18    undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On February

19    3, 2022, the undersigned filed findings and recommendations recommending that defendant's

20    motion to dismiss be granted and plaintiff's second amended complaint be dismissed without

21    further leave to amend.  (ECF No. 45.)

22           On February 14, 2022, plaintiff filed a request for a sixty-day extension of time to file

23    objections to the findings and recommendations.  (ECF No. 46.)  Plaintiff seeks an extension of

24    time because plaintiff is currently incarcerated in the Sacramento County Jail and is only allowed

25    "2 hours of physical access to the law library per week."  (Id. at 2.)  Good cause appearing,

26    plaintiff's request will be granted.

27           However, the undersigned recommended that plaintiff's second amended complaint be

28    dismissed due to a failure to allege factual allegations that stated a claim upon which relief can be

granted.  (ECF No. 45 at 5.)  The factual allegations cannot be found in the law library but instead are known, if at all, to plaintiff.  Accordingly, plaintiff will be granted only a thirty-day extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's February 14, 2022 motion for an extension of time (ECF No. 46) is granted; and

2.  Plaintiff may file objections to the February 3, 2022 findings and recommendations within thirty-days of the date of this order.

Dated:  February 17, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/williams1214.eot2.ord

2