UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK D. WILLIAMS, | No. 2:20-cv-01214-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| MCDONALD'S CORPORATION, | |
| Defendant. | |

Plaintiff is proceeding *pro se* with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 3, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. (ECF No. 45.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 52.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 3, 2022, (ECF No. 45) are adopted in full;

2. Defendant's July 6, 2021 Motion to Dismiss (ECF No. 24) is GRANTED;

3. The Second Amended Complaint filed June 21, 2021, (ECF No. 23) is DISMISSED without further leave to amend; and

4. This action is closed.

**DATED: July 8, 2022**

          Troy L. Nunley
          United States District Judge